UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

CAPCORP INVESTMENTS LLC,                          :          26-cv-2022 (SHS)

                              Petitioner,          :          ORDER

            -against-

                                                   :

TFS INTERNATIONAL LLC, as ATG
Investments, LLC,                                  :

                              Respondent.          :

-------------------------------------------------------------------x


SIDNEY H. STEIN, U.S. District Judge.

      On April 30, 2026, this Court set an initial pretrial conference in this matter for Thursday, June 24, 2026, at 4:30 p.m. in Courtroom 23A at the U.S. Courthouse, 500 Pearl Street, New York, New York [Doc. No. 15]. On May 6, 2026, petitioner moved for a default judgment in the sum of $5,698,241.26 plus interest and penalties against respondent. In that motion, petitioner states it served respondent by serving an individual at "Harvard Business Services, LLC, Registered Agent" [Doc. No. 16]. The Court would be reluctant to enter a multimillion-dollar default judgment based solely on service of process on a corporate agent for service of process.

      IT IS HEREBY ORDERED that petitioner is directed to make additional attempts to contact respondent, including telephone calls, service of process at the respondent's office in Lewes, Delaware, registered letters, etc. in order for the Court to be able to conclude that respondent has been properly served, has actual notice of this litigation, and has affirmatively chosen to default in appearing. Petitioner shall file the history of its attempts to contact respondent prior to the June 24 conference.


Dated: New York, New York
      May 7, 2026

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.