UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

| | | |
|---|---|---|
| CAPCORP INVESTMENTS LLC, | : | 26-cv-2022 (SHS) |
| Petitioner, | : | ORDER |
| -against- | : | |
| TFS INTERNATIONAL LLC, as ATG Investments, LLC, | : | |
| Respondent. | : | |

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

Petitioner Capcorp Investments LLC, having moved on July 22, 2026, for summary judgment on its Petition to Confirm and Enforce a Foreign Arbitration Award issued in Capcorp's favor against respondent TFS International LLC in CMA Arbitration Proceedings No. 780 (the "Award") [ECF Doc. No. 28] and the Court having found that enforcement of the Award is appropriate but required further clarification from Capcorp [ECF Doc. No. 31], and Capcorp having supplied that clarification in the Declaration of Daniella Spach Rocha Barbosa on September 4, 2026 [ECF Doc. No. 34],

IT IS HEREBY ORDERED AND ADJUDGED, that petitioner's motion for summary judgment confirming the Award is granted and $5,912,204.65 is awarded to petitioner.

Dated: New York, New York
October 1, 2026

SO ORDERED:

Sidney H. Stein, U.S.D.J.