UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAPCORP INVESTMENTS LLC,

Petitioner,

-against-

TFS INTERNATIONAL LLC, AS ATG INVESTMENTS LLC,

Respondents.

26 CIVIL 2022 (SHS)

# JUDGMENT

It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Order dated October 1, 2026, petitioner's motion for summary judgment confirming the Award is granted and $5,912,204.65 is awarded to petitioner.

**Dated:** New York, New York
October 5, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:**
**Deputy Clerk**